*February 7, 1939.*

Angelski, Appellant, vs. Industrial Commission and another, Respondents.

For the appellant: *Padway, Goldberg & Tarrell* of Milwaukee.

For the respondent Industrial Commission: *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent city of Milwaukee: *Walter J. Mattison,* city attorney, *Chas. W. Babcock,* first assistant city attorney, and *Cornelius J. Merten,* assistant city attorney.

*By the Court.*—Judgment affirmed.

Townsend, Appellant, vs. Industrial Commission and others, Respondents.

For the appellant: *Samuel Nissenbaum* of Milwaukee.

For the respondent Industrial Commission: *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondents E. R. Flint & Company and Travelers Insurance Company: *Olin & Butler* of Madison.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on April 11, 1939.